JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HERNANDEZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SING GOR & CHRIS INC. D/B/A ROSECRANS SPIRIT SHOP; and DOES 1 through 10,<br><br>　　　　Defendants. | **Case No.: 2:18-cv-06924-RGK (ASx)**<br>Assigned to Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION** |

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with prejudice, both sides to bear their own fees and costs.

SO ORDERED.

DATED: March 20, 2019

_____
United States District Court Judge